**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02264-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GARY ALLEN KEMPER,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
INDUSTRIAL CLAIM APPEALS OFFICE OF THE STATE OF COLORADO,
LPR CONSTRUCTION COMPANY AND MILLER SAFETY, and
STATE OF COLORADO ALJ,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Gary Allen Kemper, currently resides in Fort Collins, Colorado.  Mr. Kemper has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Kemper will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Kemper files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)    ___    is not submitted
(2)    ___    is not on proper form (must use the Court's current form)
(3)    ___    is missing original signature by Plaintiff
(4)    ___    is missing affidavit
(5)    ___    affidavit is incomplete
(6)     X    affidavit is not notarized or is not properly notarized

(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff has failed to complete the form, specifically the information regarding employment, personal property, and financial obligations

**Complaint or Petition**:

(9) ___ is not submitted
(10) ___ is not on proper form (must use the Court's current form)
(11) ___ is missing an original signature by Plaintiff
(12) _X_ is incomplete (Pages Three through Five are incomplete)
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other: _____

Accordingly, it is

ORDERED that Mr. Kemper cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Kemper files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Kemper shall obtain the Court-approved forms used in filing a civil complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Kemper fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 27, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge