IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02264-LTB

GARY ALLEN KEMPER,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
INDUSTRIAL CLAIM APPEALS OFFICE OF THE STATE OF COLORADO,
LPR CONSTRUCTION COMPANY AND MILLER SAFETY, and
STATE OF COLORADO ALS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 2, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of October, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/L. Gianelli
                                Deputy Clerk