IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02264-LTB

GARY ALLEN KEMPER,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
INDUSTRIAL CLAIM APPEALS OFFICE OF THE STATE OF COLORADO,
LPR CONSTRUCTION COMPANY AND MILLER SAFETY, and
STATE OF COLORADO ALS,

    Defendants.

---

ORDER IMPOSING FILING RESTRICTIONS

---

In an order filed on October 2, 2012, the Court dismissed this action and directed Plaintiff, Gary Allen Kemper, to show cause why certain filing restrictions should not be imposed. Mr. Kemper was warned that the specified filing restrictions would be imposed if he failed to show good cause within thirty days. Although Mr. Kemper submitted a Response to the Order to Show Cause, nothing he asserts shows good cause why the Court should not impose filing restrictions.

Therefore, as discussed in the October 2 Order, Mr. Kemper will be ENJOINED from filing any future *pro se* action in this Court that challenges the disposition of his State of Colorado worker's compensation claim and the associated 1994 injury that he incurred while working for LPR Construction Company. Mr. Kemper has attempted to challenge the State's denial of his worker's compensation claim in four separate actions, including this case. *See Kemper v. LPR Construction Co., et al.* No. 07-cv-01538-ZLW

(D. Colo. Sept. 19, 2007), *aff'd* No. 07-1411 (10th Cir. Mar. 27, 2008); *see also Kemper v. Industrial Claim Appeals Office of the State of Colorado, et al.*, No. 03-cv-01801-ZLW (D. Colo. Oct. 6, 2003); *Kemper v. Industrial Claim Appeals Office of the State of Colo.*, No. 03-cv-01162-ZLW (D. Colo. July 3, 2003), *aff'd*, No. 03-1162 (10th Cir. Dec. 12, 2003).

This Court has the power to impose still further sanctions such as costs, attorney fees, and double costs for the filing of frivolous actions. Fed. R. Civ. P. 11. Although the Court has not imposed such sanctions here, the Court reserves the right to do so if Mr. Kemper continues to submit repetitive and frivolous filings in this Court that challenge his 1994 injury and the associated worker's compensation claim. Accordingly, it is

ORDERED that Mr. Kemper is ENJOINED from filing any *pro se* action challenging the State of Colorado worker's compensation that involved the injury he incurred in 1994 while working at LPR Construction Company.

DATED at Denver, Colorado, this  18th  day of   October  , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court